Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RECREATIONAL EQUIPMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UKG, INC., a Delaware corporation formerly known as THE ULTIMATE SOFTWARE GROUP, INC.,<br><br>Defendant. | No. 2:21-CV-00107-JLR<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES, JOINT STATUS REPORT, AND RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>March 16, 2021 |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Recreational Equipment, Inc. (REI) and Defendant UKG, Inc., f/k/a The Ultimate Software Group, Inc. (UKG), by and through their attorneys of record, hereby submit this Stipulated Motion and [Proposed] Order to Extend the Deadline to File Initial Disclosures, Joint Status Report, and Related Deadlines by four weeks to facilitate the Parties' efforts to resolve this case via mediation, which is currently scheduled for April 8, 2021.

STIPULATION AND ORDER TO EXTEND DEADLINE TO
FILE INITIAL DISCLOSURES, JOINT STATUS REPORT
AND RELATED DEADLINES - 1
Cause No. 2:21-CV-00107-JLR

The Parties have met and conferred, and submit this Stipulated Motion in good faith. Good cause exists to grant the Parties' request as set forth below.

**DISCUSSION**

By its Order regarding Initial Scheduling Dates, the Court set the deadline for the Parties to complete a FRCP 26(f) Conference for March 18, 2021, and also established the deadline for Initial Disclosures for April 1, 2021, and a Combined Joint Status Report and Discovery Plan for April 8, 2021. Dkt. 16.[1] Prior to the Court's Order, the Parties agreed to schedule a mediation in this case in order to resolve the dispute in lieu of trial. Mediation is scheduled to take place on April 8, 2021, and the Parties are diligently preparing to make the mediation successful.

Pursuant to Fed. R. Civ. P. 16(b)(4), case management deadlines established by the Court "may be modified only for good cause and with the judge's consent." Rule 16(b)'s "good cause" standard primarily considers the diligence of the party seeking the modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992). Here, the Parties are actively preparing for mediation and agree that a short continuance of four weeks for each of the initial scheduling dates will best allow these efforts to continue.

Should the mediation prove unsuccessful, the parties do not anticipate needing any further continuances beyond the current request. Accordingly, the Parties respectfully request that the Court approve this Stipulated Motion and agree to continue the deadline for the FRCP 26(f) conference, Initial Disclosures, and Combined Joint Status Report as follows:

---

[1] The Court's Order states that requests for extension of the initial scheduling deadlines should be made by telephone to the Courtroom Deputy. Counsel for REI contacted the Court on March 10, 2021, and was directed to file a stipulated motion with the Parties' request.

STIPULATION AND ORDER TO EXTEND DEADLINE TO
FILE INITIAL DISCLOSURES, JOINT STATUS REPORT
AND RELATED DEADLINES - 2
Cause No. 2:21-CV-00107-JLR

| Filing | New Date | Prior Date |
|---|---|---|
| FRCP 26(f) Conference | 4/15/2021 | 3/18/2021 |
| Initial Disclosures Pursuant to FCRP26(a)(1) | 4/29/2021 | 4/1/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FCRP 26(f) and Local Civil Rule 26(f) | 5/6/2021 | 4/8/2021 |

STIPULATED TO this 16th day of March, 2021.

PACIFICA LAW GROUP LLP                LEWIS BRISBOIS BISGAARD & SMITH LLP

By  *s/ Nicholas W. Brown*              By *s/   Benjamin J. Stone*
   Nicholas W. Brown, WSBA #33586       Benjamin J. Stone, WSBA #33436
   Kai A. Smith, WSBA #54749            Craig Holden, *pro hac vice*

Attorneys for Plaintiff                 Attorneys for Defendant
 Recreational Equipment, Inc.            UKG, Inc. f/k/a The Ultimate Software Group

### **ORDER**

IT IS HEREBY ORDERED that this Stipulated Motion to continue the deadlines in the Initial Scheduling Order (Dkt. 19) is GRANTED. The new dates for the initial disclosure and submission of the Joint Status Report and Discovery Plan in as follows:

| Filing | New Date | Prior Date |
|---|---|---|
| FRCP 26(f) Conference | 4/15/2021 | 3/18/2021 |
| Initial Disclosures Pursuant to FCRP26(a)(1) | 4/29/2021 | 4/1/2021 |
| Combined Joint Status Report and Discovery Plan as Required by FCRP 26(f) and Local Civil Rule 26(f) | 5/6/2021 | 4/8/2021 |

DATED this 18th day of March, 2021.

_____
Honorable James L. Robart
United States District Judge

STIPULATION AND ORDER TO EXTEND DEADLINE TO
FILE INITIAL DISCLOSURES, JOINT STATUS REPORT
AND RELATED DEADLINES - 4
Cause No. 2:21-CV-00107-JLR