UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RECREATIONAL EQUIPMENT, INC., Plaintiff, v. UKG, INC., Defendant. | CASE NO. C21-0107JLR<br>ORDER |

The court issues this order *sua sponte* pursuant to Federal Rule of Civil Procedure 60(a) to correct a clerical mistake contained within the text of its March 18, 2021 order. (3/18/21 Order (Dkt. # 21).) On page 2, line 2 of the court's order, the court stated that the motion to dismiss or transfer was granted. (*Id*. at 2.) This was a clerical error. As noted in the title, analysis, and conclusion of the order, the court intended to deny

//

//

Defendant UKG, Inc.'s motion. (*See generally id.*) The court will issue an amended order remedying this error.

Dated this 19th day of March, 2021.

JAMES L. ROBART
United States District Judge