HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RECREATIONAL EQUIPMENT, INC., a
Washington corporation,

                                    Plaintiff,

          v.

UKG, INC., a Delaware corporation formerly
known as THE ULTIMATE SOFTWARE
GROUP, INC.,

                                    Defendant.

No. 2:21-CV-00107-JLR

[PROPOSED] ORDER GRANTING
PLAINTIFF'S UNOPPOSED MOTION
TO DISMISS WITH PREJUDICE

    This matter came before the Court on Plaintiff Recreational Equipment, Inc.'s

Unopposed Motion to Dismiss with Prejudice. The Court has considered the Motion and it is

hereby ORDERED that this action is dismissed with prejudice, in its entirety, with each party

bearing its own costs and attorneys' fees.

    Dated this 29 day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO DISMISS WITH PREJUDICE - 1
Cause No. 2:21-CV-00107-JLR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

1   Presented by:

2   PACIFICA LAW GROUP LLP

3   By */s/ Jamie L. Lisagor*
        Jamie L. Lisagor, WSBA # 39946
4       Kai A. Smith, WSBA #54749

5
    *Attorneys for Plaintiff*
6   *Recreational Equipment, Inc.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO DISMISS WITH PREJUDICE - 2
Cause No. 2:21-CV-00107-JLR

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750